FILED - MQ
January 14, 2025 10:53 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mlc SCANNED BY: / 1/14/25

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

COLIN JAMES MARSHALL,

    Defendant.

2:25-cr-1

Robert J. Jonker
U.S. District Judge

**FELONY INFORMATION**

The United States Attorney charges:

**Assault with a Dangerous Weapon**

On or about March 16, 2023, in the Western District of Michigan, Northern Division, on lands held in trust by the United States for the benefit of the Sault Ste. Marie Tribe of Chippewa Indians, the Defendant,

**COLIN JAMES MARSHALL,**

an Indian, assaulted JO with a dangerous weapon, with intent to do bodily harm.

18 U.S.C. § 113(a)(3)
18 U.S.C. § 1151
18 U.S.C. § 1153

MARK A. TOTTEN
United States Attorney

Date: January 14, 2025

THEODORE J. GREELEY
Assistant United States Attorney